■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER ARIOLA, Appellant. (Appeal No. 2.) [788 NYS2d 885]— Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered December 2, 2002. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Ariola* (15 AD3d 882 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Martoche and Hayes, JJ.